*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MIRBA MONTES MARTINEZ
Plaintiff

Case No.   3:26-cv-01096

VS.
WARDEN
Defendant

Judge   James D. Cain, Jr
Magistrate Judge   Mark L Hornsby

**ORDER**

IT IS ORDERED that Ysabel Williams be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Petitioenr in the above described action.

SO ORDERED on this, the __15th__ day of April , 20 26____ .

_____
U.S. Magistrate Judge