**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **MIRBA MONTES MARTINEZ** | **CIVIL ACTION NO. 26-1096-P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MELLISSA HARPER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**MEMORANDUM ORDER**

Before the court is a Motion for Order to Show Cause (Doc. 4) filed on behalf of Mirba Montes Martinez ("Petitioner"). Petitioner is an immigration detainee at the Richwood Correctional Facility seeking release from detention. In this Motion to Show Cause (Doc. 4), Petitioner asks the court to order Respondents to respond to her habeas petition within three days or, alternatively, no more than 21 days, pursuant to 28 U.S.C. § 2243.

**IT IS ORDERED** that Petitioner's Motion for Order to Show Cause within three days (Doc. 4) is **DENIED**.

However, because prompt briefing is warranted, **IT IS FURTHER ORDERED** that Respondents file an answer to the habeas petition (Doc. 1) within **21 days** of the date of this Order, or the date of service of the Petition on the United States Attorney for the Western District of Louisiana, whichever is later. Petitioner must effectuate service. Petitioner shall have **seven days** to reply.

After the record is complete and delays have run, the court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate

an evidentiary hearing.  If no hearing is necessary, a Report and Recommendation will be issued without further notice.

**THUS DONE AND SIGNED**, in chambers, at Shreveport, Louisiana, on this the 21st day of April 2026.

_____
Mark L. Hornsby
U.S. Magistrate Judge