**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MIRBA MONTES MARTINEZ** | **CIVIL ACTION NO. 3:26-CV-01096 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MELLISSA HARPER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT OF DISMISSAL**

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (Doc. 1) filed by Mirba Montes Martinez ("Petitioner"). At the time of filing, Petitioner was an immigration detainee at Richwood Correctional Center in Monroe, Louisiana.

The Government filed a Motion to Dismiss and Memorandum in Support of Motion to Dismiss (Docs. 16 and 17) stating that Petitioner deported the United States pursuant to a final order of removal on August 21, 2026. Counsel for Petitioner did not file a reply.

An alien who has been finally removed from United States is not "in custody," as required for a court to have the power to grant a writ of habeas corpus. *See Merlan v. Holder*, 667 F.3d 538 (5th Cir. 2011); 28 U.S.C. § 2241.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 16) is **GRANTED** and the Petition is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that all pending Motions are **DENIED** as moot.

**THUS DONE AND SIGNED** in chambers on this 3rd day of November, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**